FILE COPY

RE: Case No. 13-0362                    DATE: 2/27/2015
    COA #: 13-11-00145-CV    TC#: C-2453-08-F
STYLE: IN RE   EMEX HOLDINGS L.L.C.


     Today the Supreme Court of Texas denied the
petition for writ of mandamus as reinstated in the
above-referenced case.  The stay order issued July 12,
2013 is lifted.


                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401